# EXHIBIT A

## Form A

**Plaintiff or Filing Attorney Information:**

Name   Margaret A. Norton

NJ Attorney ID Number

Address   505 Elizabeth Ave, Apt 2E
Newark, NJ 07112
iluveumar@yahoo.com

Telephone Number   (862)763-6249

Superior Court of New Jersey

Law _____ Division  ess _____ County

Part

Margaret A. Norton _____,
Plaintiff,

v.

Mylan _____

_____,
Defendant(s).

Docket No: L - 74 - 22
(to be filled in by the court)

Civil Action

**Complaint**

Plaintiff, Margaret A. Norton _____, residing at
(your name)

505 Elizabeth Ave, Apt 2E _____, City of Newark
(your address)                                              (your city or town)

County of Essex _____.
(your county)

State Of New Jersey, complaining of defendant, states as follows:

1. On August 10 _____, 20 16 , Mylan _____, Defendant
(name of person being sued)

(Summarize what happened that resulted in your claim against the defendant.  Use additional pages if necessary.)

Fraud - Omission

Mylan committed a fraud upon the plaintiff, through the omission of a presently existing or past
material fact that sulfites were contained in the Geritol liquid High potency B-Vitamins & iron liquid
supplement product.

_____

_____

The defendant in this action resides at 1000 Mylan Boulevard, Canonsburg, PA 15317 _____,
(defendant's address)

In the County of _____, State of New Jersey.
(name of county where defendant lives)

2. Plaintiff is entitled to relief from defendant under the above facts.

BATCH # 913   FILED  1·3·22

CHECK/RECEIPT# 8540  AMT. 250-

# Form A

3. The harm that occurred as a result of defendant's acts include: (list each item of damage and injury)

   1. Severe Allergic Reaction (Shortness of Breath and Wheezing)

   2. _____

   3. _____

Wherefore, plaintiff requests judgment against defendant for damages, together with attorney's fees, if applicable, costs of suit, and any other relief as the court may deem proper.

Dated: 12/29/2021          Signature: *Margaret A. Norton*

## CERTIFICATION OF NO OTHER ACTIONS

I certify that the dispute about which I am suing is not the subject of any other action pending in any other court or a pending arbitration proceeding to the best of my knowledge and belief. Also, to the best of my knowledge and belief no other action or arbitration proceeding is contemplated. Further, other than the parties set forth in this complaint, I know of no other parties that should be made a part of this lawsuit. In addition, I recognize my continuing obligation to file and serve on all parties and the court an amended certification if there is a change in the facts stated in this original certification.

Dated: 12/29/2021          Signature: *Margaret A. Norton*

**OPTIONAL: If you would like to have a judge decide your case, do not include the following paragraph in your complaint. If you would prefer to have a jury to decide your case, please sign your name after the following paragraph.**

## JURY DEMAND

The plaintiff demands trial by a jury on all of the triable issues of this complaint, pursuant to New Jersey Court *Rules* 1:8-2(b) and 4:35-1(a).

Dated: _____          Signature: _____

1  | Margaret A. Norton
   | 505 Elizabeth Ave, Apt 2E
2  | Newark, NJ 07112
   | 862-763-6249
3  | iluveumar@yahoo.com

4

### SUPERIOR COURT OF NEW JERSEY

5

### ESSEX COUNTY, LAW DIVISION

6  | MARGARET A. NORTON,                    | Case No.: Number

7  |          Plaintiff, Pro Se

8  | vs.                                    | **ADDITIONAL PAGES**

9  | MYLAN,

10 |          Defendant

December 29, 2021    Margaret A. Norton, Pro Se Plaintiff

11

### JURISDICTION

12

13 The Superior Court of New Jersey, Law Division Essex County, has jurisdiction over the

14 Defendant because the cause of action occurred in the state where the case is being filed.

15

### STATUE OF LIMITATIONS

16

17 New Jersey has a six year statue of limitations for fraud. N.J.S.A. 2A: 14-1

18 The claim accrues on the date of the act or omission that gives rise to the fraud claim, or the

19 date on which the act or omission reasonably should have been discovered. Southern Cross

20 Overseas Agencies, Inc.  V. Wah Kwong Shipping Group Ltd., 181 F. 3d 410, 413 (3rd Cir. 1999)

21

22   In this case the date of the act that gives rise to the claim occurred on August 10, 2016 in

23 which is within the statue of limitations.

24   Additionally, in this case the date the cause of the injury that gives rise to the claim of fraud

25 was discovered on October 21, 2019 in which is within the statue of limitations also.

26

27

28

ADDITIONAL PAGES - 1

1

## SUMMARY OF THE CASE

2

3        On August 10, 2016 plaintiff purchased the Geritol liquid High potency B-Vitamins & iron

4    liquid supplement product made by the defendant (Mylan). Plaintiff did not see any sulfites

5    listed on the product so she purchased the product. Upon arriving home, plaintiff took the

6    dosage as prescribed on the package. Immediately plaintiff suffered severe shortness of breath

7
     and wheezing. Plaintiff was struggling to breathe and shortly afterwards plaintiff was in full
8

9    respiratory failure and at the last minute plaintiff's air came back by the grace of GOD.

10   Plaintiff was completely traumatized by the incident.  Looking back plaintiff should have gone

11   to the emergency room because sulfites are extremely dangerous and the symptoms could
12

13   have come back, in other words she was not out of danger. Eventually plaintiff went to her

14   Primary Care Physician on October 21, 2019 to tell him about the severe allergic reaction

15   (Shortness of Breath and Wheezing) (Anaphylaxis) incident from the Geritol liquid High

16
     potency B-Vitamins & iron liquid supplement product that occurred on August 10, 2016.
17

18   Plaintiff's doctor gave her a prescription for an Epi-pen to safe guard herself in an allergic

19   emergency.

20       Upon filling the prescription on October 21, 2019 plaintiff noticed that the Epi-pen was also

21   made by the defendant (Mylan).
22

23   There was also a pharmacy insert with a statement about sulfites but no sulfites were

24   disclosed on the Mylan Epi-pen packaging.

25       It was on the day of October 21, 2019 that plaintiff discovered the cause of her injury from

26
     the defendant's Geritol liquid High potency B-Vitamins & iron liquid supplement product that
27

28

ADDITIONAL PAGES - 2

1

## SUMMARY OF THE CASE

2

3

On August 10, 2016 plaintiff purchased the Geritol liquid High potency B-Vitamins & iron

4

liquid supplement product made by the defendant (Mylan). Plaintiff did not see any sulfites

5

listed on the product so she purchased the product. Upon arriving home, plaintiff took the

6

dosage as prescribed on the package. Immediately plaintiff suffered severe shortness of breath

7

and wheezing. Plaintiff was struggling to breathe and shortly afterwards plaintiff was in full

8

respiratory failure and at the last minute plaintiff's air came back by the grace of GOD.

9

Plaintiff was completely traumatized by the incident.  Looking back plaintiff should have gone

10

to the emergency room because sulfites are extremely dangerous and the symptoms could

11

12

have come back, in other words she was not out of danger. Eventually plaintiff went to her

13

Primary Care Physician on October 21, 2019 to tell him about the severe allergic reaction

14

(Shortness of Breath and Wheezing) (Anaphylaxis) incident from the Geritol liquid High

15

16

potency B-Vitamins & iron liquid supplement product that occurred on August 10, 2016.

17

Plaintiff's doctor gave her a prescription for an Epi-pen to safe guard herself in an allergic

18

emergency.

19

Upon filling the prescription on October 21, 2019 plaintiff noticed that the Epi-pen was also

20

21

made by the defendant (Mylan).

22

There was also a pharmacy insert with a statement about sulfites but no sulfites were

23

disclosed on the Mylan Epi-pen packaging.

24

25

It was on the day of October 21, 2019 that plaintiff discovered the cause of her injury from

26

the defendant's Geritol liquid High potency B-Vitamins & iron liquid supplement product that

27

28

ADDITIONAL PAGES - 2

occurred on August 10, 2016.

The evidence of the Mylan Epi-pen and the pharmacy insert show a pattern of fraudulent omissions by the defendant (Mylan) concerning sulfites, the defendant had committed the same omission of a material fact that sulfites were contained in the Epi-pen, as the defendant committed with Geritol liquid High potency B-Vitamins & iron liquid supplement product that caused plaintiffs' injury on August 10, 2016.

## COUNT I

## Defendant Committed Fraud by Omission

In New Jersey, the elements of Common Law Fraud are; "(1) a material misrepresentation of a presently existing or past fact; (2) knowledge or belief by the defendant of its falsity; (3) an intention that the other person rely on it; (4) reasonable reliance thereon by the other person, and (5) resulting damages."

Gennari v. Weichert Co. Realtors, 691 A.2d 350, 148 N.J. 582, 610 (N.J. 1997)

**(1) A MATERIAL MISREPRESENTATION OF AN EXISTING OR PAST FACT**

On August 10, 2016 the defendant committed a fraud upon the plaintiff, through the omission of a presently existing or past material fact that sulfites were contained in the Geritol liquid High potency B-Vitamins & iron liquid supplement product. (see Exhibit A)

Defendant's omission was an indirect representation in which such facts does not exist.

Defendant's indirect representation is equal to a false representation.

Sulfites cause severe allergic reactions.

Defendant had a moral obligation to disclose the sulfites in good faith.

ADDITIONAL PAGES  - 3

The New Jersey Supreme Court has described fraud as one gaining an undue advantage through the means of an act or omission that is either "unconscientious or a violation of good faith." Jewish Ctr. of Sussex County v. Whale, 86 N.J. 619, 624 (1981).

**(2) KNOWLEDGE OR BELIEF BY THE DEFENDANT OF ITS FALSITY**

Defendant (Mylan) knowingly and intentionally committed a fraud upon the plaintiff, through the omission of a presently existing or past material fact that sulfites were contained in the Geritol liquid High potency B-Vitamins & iron liquid supplement product.

Attached Evidence shows defendant Mylan's pattern of behavior concerning fraudulent omissions of the presence of sulfites in their products. (see **Exhibit B**)

On October 21, 2019 three years after the incident plaintiff discovered the cause of her injury from the defendant's Geritol liquid High potency B-Vitamins & iron liquid supplement product that occurred on August 10, 2016.

On October 21, 2019 plaintiff filled her prescription for an Epi-pen auto-injector and discovered the manufacturer of the product is the defendant (Mylan).

The Epi-pen came with a pharmacy insert that contains a statement that reads:

"If you are allergic to sulfites, talk to your doctor. Some products have sulfites".

The statement words were used as an act suggesting an omission, the words were used to suggest something that was never said on the defendant's Epi-pen product label.

The statement was made on the pharmacy insert for the defendant's Epi-pen on October 21, 2019 to the plaintiff. (see **Exhibit B**)

The defendant had committed the same fraudulent omission of a presently existing or past

ADDITIONAL PAGES - 4

material fact that sulfites were contained in the defendant's Epi-pen product, as the defendant committed with their Geritol liquid High potency B-Vitamins & iron liquid supplement product that caused plaintiff's severe allergic reaction.

Sulfites cause severe allergic reactions as indicated on the pharmacy insert.

Evidence shows that the defendant Mylan has pattern of behavior concerning fraudulent omissions of the presence of sulfites in their products that were unknown to the plaintiff. Defendant (Mylan) had substantial knowledge of the presence of sulfites in the Geritol liquid High potency B-Vitamins & iron liquid supplement product that were unknown to the plaintiff, and the defendant (Mylan) was aware of the dangerous risk the sulfites pose to the plaintiff. Defendant having the knowledge that the sulfites pose extreme danger to the plaintiff, had a duty to disclose the sulfites in good faith, as the defendant had an unfair advantage over the plaintiff.

The New Jersey Supreme Court has described fraud as one gaining an undue advantage through the means of an act or omission that is either "unconscientious or a violation of good faith." Jewish Ctr. of Sussex County v. Whale, 86 N.J. 619, 624 (1981).

**Additional Evidence of defendant's knowledge of belief if it's falsity**

Defendant (Mylan) had a huge financial interest in using sulfites in the Geritol liquid High potency B-Vitamins & iron liquid supplement product, and omitting the material fact of its existence from the plaintiff.

Sulfites cause severe allergic reactions.

Mylan's Epi-pen is a device made to stop severe allergic reactions.

ADDITIONAL PAGES - 5

Mylan stood to profit immensely from both products.

**Exhibit C** shows that defendant (Mylan's) Epi-pen price increased by 500% in May 2016 the same year as plaintiff's severe allergic reaction to Mylan's Geritol liquid High potency B-Vitamins & iron liquid supplement product in which occurred in 2016.

### 3) AN INTENTION THAT THE OTHER PERSON RELY ON IT

Defendant's omission of the material fact that sulfites were included in the Geritol liquid High potency B-Vitamins & iron liquid supplement product, was intended to induce the plaintiff to believe the product did not contain sulfites, and therefore, plaintiff would buy and consume the product.

Plaintiff believed the defendants indirect representation that the Geritol liquid High potency B-Vitamins & iron liquid product did not contain sulfites, and therefore, plaintiff brought and consumed the product.

### 4) REASONABLE RELIANCE THEREON BY THE OTHER PERSON

Plaintiff had no way of discovering the omission of the material fact that sulfites were contained in the Geritol liquid High potency B-Vitamins & iron liquid supplement product. Without the sulfites being listed on the product label, plaintiff had no other way of knowing it was contained in the product.

Plaintiff acted just like any other reasonable person in the same situation would have acted. Plaintiff did not see any sulfites listed on the package therefore, she purchased and consumed the product.

ADDITIONAL PAGES - 6

1

**(5) DAMAGES**

2

As a result of the defendant's omission of a material fact that sulfites were contained in the

3

Geritol liquid High potency B-Vitamins & iron liquid supplement product, plaintiff suffered

4

damages as follows;

5

6

(A) Severe Allergic Reaction (Shortness of Breath and Wheezing)

7

**RELIEF SOUGHT**

8

Wherefore, Plaintiff demands judgment against the defendant, as follows;

9

10

1.  For injury damages in the amount of 3 million dollars;

11

2.  For punitive damages in an amount that is fair and just;

12

3.  For such other and further relief as the court deems equitable and fit.

13

14

15    December 21, 2021                          *Margaret A. Norton*

16                                                    Margaret A. Norton

17

18

19

20

21

22

23

24

25

26

27

28

ADDITIONAL PAGES  - 7

**(5) DAMAGES**

As a result of the defendant's fraudulent omission of a material fact that sulfites were contained in the Geritol liquid High potency B-Vitamins & iron liquid supplement product, plaintiff suffered damages as follows;

(A) Severe Allergic Reaction (Shortness of Breath and Wheezing) (see **Exhibit D**)

**RELIEF SOUGHT**

Wherefore, Plaintiff demands judgment against the defendant, as follows;

1. For injury damages in the amount of 3 million dollars;

2. For punitive damages in an amount that is fair and just;

3. For such other and further relief as the court deems equitable and fit.

December 29, 2021

*Margaret A. Norton*

Margaret A. Norton

ADDITIONAL PAGES - 7

EXHIBIT "A"



**GERITOL** liquid

Energy Support

High potency
B-Vitamins & iron
liquid supplement

12 FL OZ (354 mL)

**GERITOL** liquid

Energy Support

High potency B-Vitamins
& iron liquid supplement

12 FL OZ (354 mL)

**GERITOL** liquid

Energy Support

High potency
B-Vitamins & iron
liquid supplement

12 FL OZ (354 mL)

## Supplement Facts

Serving Size: 1/2 fl. oz. (1 Tablespoon)
Servings Per Container: 24

Amount Per 1/2 fl. oz.

| Calories 28 | |
|---|---|
| | **% Daily Value** |
| Sugars 7g | |
| Thiamine (Vitamin B1) 2.5 mg | 170% |
| Riboflavin (Vitamin B2) 2.5 mg | 150% |
| Niacin 50 mg | 250% |
| Vitamin B6 0.5 mg | 25% |
| Pantothenic Acid 2 mg | 20% |
| Iron 18 mg | 100% |
| Methionine 25 mg | * |
| Choline Bitartrate 50 mg | * |

* Daily Values not established.

Ingredients: Invert Sugar, Purified Water, Alcohol 12%, Brewers Yeast,
Ferric Ammonium Citrate, Caramel Color, Choline Bitartrate, Niacinamide,
Citric Acid, dl-Methionine, Thiamine HCl, Riboflavin, d-Panthenol, Flavors,
Benzoic Acid, Sodium Hydroxide, Pyridoxine HCl. Contains: Soy

Directions: Use dosage cup enclosed. Shake well before using. Adults 12
years and older: 1 Tablespoon (1/2 fl. oz.) daily after a meal, or as
directed by a doctor. Not intended for children under 12.

WARNING: Accidental overdose of iron-containing products is a leading
cause of fatal poisoning in children under 6. Keep this product out of
reach of children. In case of accidental overdose, call a doctor or
poison control center immediately.

* This statement has not been evaluated by the Food and Drug
Administration. This product is not intended to diagnose, treat, cure or
prevent any disease.

Questions or comments? Enriched.
Call toll-free 1-855-874-0870 weekdays between 8:30AM and 5:00PM EST.
GERITOL® is a registered trademark of Meda AB.

Do not store above 25°C (77°F). Protect from freezing.

Distributed by:
Meda
Somerset, NJ, 08873
© 2016 Meda AB
TAMPER-EVIDENT FEATURE: DO NOT USE IF PRINTED NECK BAND ON BOTTLE
IS MISSING OR BROKEN.

www.geritol.com

Mylan   × 🔍                                    ⚙ ⣿ Sign in

All   📰 News   🖼 Images   ▶ Videos   📍 Maps   ⋮ More                Tools

About 24,800,000 results (0.67 seconds)

https://www.mylan.com   ⋮

### Mylan – Seeing Is Believing

**Mylan** is now part of Viatris, a new global healthcare company committed to empowering people to live healthier at every stage of life.

#### Investor Relations
Mylan is now part of Viatris, a new global healthcare company ..

#### News Archive
Mylan Announces Appointment of Experienced Pharmaceutical ...

More results from mylan.com »

## People also ask   ⋮

What drugs is Mylan?

What is Mylan known for?

Is Mylan owned by Pfizer?

Is Mylan a generic brand?

Feedback

## Mylan   ⋮



Hours  ▼

**A**  Mylan Inc.
New York, NY · In Grand Central · 42 St · (917) 262-2950

🌐                                    ➜
Website        Directions

**B**  Mylan Specialty
Basking Ridge, NJ · (908) 542-1999

🌐                                    ➜
Website        Directions

**C**  Mylan Cellular
New York, NY · (866) 447-8355
Open · Closes 7PM
In-store shopping

➜
Directions

➜        View all

---

# Mylan   ◁

Pharmaceutical
Industry company

**Ⅲ Mylan**

Mylan N.V. was a global generic and specialty pharmaceuticals company. In November 2020, Mylan merged with Upjohn, Pfizer's off-patent medicine division, to form Viatris. Wikipedia

**Customer service email:**
customer.service@mylan.com

**Stock price:** VTRS (NASDAQ)
**$13.07**  +0.31 (+2.43%)
Dec 21  2:04 PM EST - Disclaimer

**Customer service:** 1 (800) 796-9526

**Headquarters:** Canonsburg, PA

**Founded:** 1961, White Sulphur Springs, WV

**Subsidiaries:** Meda AB, Mylan Epd, Llc., Alphapharm, MORE

**Parent organization:** Viatris

**Founders:** Milan Puskar, Don Panoz

Board of directors                        ⌄

Brand                                      ⌄

Price target                               ⌄

Ceo compensation                           ⌄

*Disclaimer*

### Popular products

Vitamins & Supplements    Skin Condition Treatments    >



Ferro Grad C Iron        Mylan 2 x Endwarts        Am
with Vitamin C 30        Original Wart
(242)                    (25)

People also search for        View 10+ more

---

**Newark, New Jersey** · Based on your past activity · Update location

Help    Send feedback    Privacy    Terms

EXHIBIT "B"

**NO**

973-877-3641

**RX# 6113732-0216**

216_SHOPRITE_OF_NEWARK
206 SPRINGFIELD AVENUE
NEWARK, NJ 07103

10/21/2019



**NORTON, MARGARET**                 **DOB: 01/28/1967**

505 ELIZABETH AVE 2-E  NEWARK, NJ 07112

862-215-8390

TP: UHC COMMUNITY PLAN OF NJ

**Date Filled: 10/21/2019**          AUTH: 192914026211023997

**EPINEPHRINE 0.3MG/0.3ML SOAJ**

**NDC#49502-0102-02**

QTY: 2                    DAYS: 30

WILLIS, RUDOLPH              **COPAY:      $0.00**

**NO REFILLS**



A note from your Pharmacist:



**NEW**

₁*G*

Thank you for filling all your prescription
needs at ShopRite Pharmacy where
Caring is our Business.

9961137320000021600263200000000010

RX#6113732N- 0216   **Filled on:** 10/21/19   **NORTON, MARGARET**   **IDENTIFICATION:** Solution

**MEDICATION:** EPINEPHRINE 0.3MG/0.3ML SOAJ   **GENERIC NAME:** Epinephrine Auto-Injector and Prefilled Syringe

**Brand Name:** EpiPen   Symjepi   Twinject

**GENERIC NAME:** Epinephrine Auto-Injector and Prefilled Syringe

**Pronunciation:** (ep i NEF rin)

**Brand Name:** EpiPen   Symjepi   Twinject

**Warning:**

**What is this drug used for?:** - It is used to treat a very bad allergic response.
- It may be given to you for other reasons. Talk with the doctor.

**What do I need to tell my doctor BEFORE I take this drug?:** - If you are allergic to this drug; any part of this drug; or any other drugs, foods, or substances. Tell your doctor about the allergy and what signs you had.
This is not a list of all drugs or health problems that interact with this drug.
Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

**What are some things I need to know or do while I take this drug?:** - Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists.
- Do not give into the fingers, hands, or feet. Doing so may lead to lower blood flow in these areas. If this drug is given on accident, get medical help right away.
- If you are allergic to sulfites, talk with your doctor. Some products have sulfites.
- If you have high blood sugar (diabetes), you will need to watch your blood sugar closely.
- If you are 65 or older, use this drug with care. You could have more side effects.
- Tell your doctor if you are pregnant, plan on getting pregnant, or are breast-feeding. You will need to talk about the benefits and risks to you and the baby.

**How is this drug best taken?:** Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely.

- It is given as a shot into a muscle or into the fatty part of the skin.
- Be sure you know how to use before an emergency happens. Read the package insert and instructions for use that come with this drug. If you have any questions about how to use this drug, talk with the doctor or pharmacist.
- Keep this drug with you at all times. You may want to keep extra ones at work, school, and home.
- Someone else may have to give this drug. Be sure others know where this drug is stored and how to give it if needed.
- Never put your fingers or hand over the tip.
- Check the device before you need to use it to make sure the safety release is in place and that the device can be removed from the case. Do not take off the safety release until ready to use.
- When you are ready to use, take the pen out of the case.
- Hold pen with tip down.
- Make a fist around the pen.
- Pull off safety release. Throw away the safety release right after using this drug.
- Jab straight into the outer thigh as you have been told. This drug may be given through clothes if needed. Inject and hold for as long as you were told.
- Do not give into the buttocks.
- If giving this drug to your child, hold the leg still to prevent injury. Try to limit how much your child moves before and during an injection.
- Get medical help right away after using this drug.
- Put back in the storage case.
- Take it with you to the hospital.
- Do not use this drug if the solution changes color, is cloudy, or has particles. Get a new one.
- Do not use if this drug is out of date. Get a new one.
- If the device has been activated by accident, do not use it for an emergency. Replace the device with a new one.
What do I do if I miss a dose?

- Get medical help right away.

2-Units

For Allergic Emergencies (Anaphylaxis)

NDC 49502-102-02

Rx only

# Epinephrine Injection, USP

## Auto-Injectors 0.3 mg

May Cause Dizziness

Do Not Use If Discolored Or Cloudy

Protect From Light

Do Not Refrigerate

**Mylan®**

---

THE VILLAGE PHARMACY

(973)677-3641   Rx #61373-0216

216 SHOPRITE OF NEWARK
206 SPRINGFIELD AVENUE
NEWARK, NJ 07103

DEA# FS5567613
RPh: SS

NORTON, MARGARET

436 ELIZABETH AVE 2-NEWARK,NJ 07112

*EPINEPHRINE 0.3MG/0.3ML SOAJ

INJECT INTRAMUSCULARLY AS INSTRUCTED FOR
ALLERGIC REACTION *****GENERIC FOR EPIPEN*****

QTY:2

Read The Patient Information ( Letter )
That Came With This Medicine

MILLS, RUDOLPH

Filed On:10/24/19

#Issue:10/19/19

NO REFILLS
Use By:10/17/20

NDC49502-0102-02
RFR:MYLAN SPECIALTY L.

For more information about your Epinephrine Injection, USP
Auto-Injectors visit MyGenericEAI.com

# EXHIBIT "C"

https://sevenpillarsinstitute.org/mylans-epipen-pricing-scandal/



# Mylan's EpiPen Pricing Scandal

September 14, 2017

By: Andreas Kanaris Miyashiro

Each year about 3.6 million Americans are prescribed EpiPen, the epinephrine auto-injector. The EpiPen is a life-saving treatment for anaphylactic reactions, which are caused by allergens such as nuts, seafood, and insect bites. A sharp increase in EpiPen's price between 2009 and 2016 caused outrage, and prompted debate over whether Mylan N.V, the owner of EpiPen, acted unethically. Beyond the behaviour of Mylan, EpiPen's price increases raise questions about the conditions of the US pharmaceutical market, and whether existing regulations and laws are sufficient to protect consumers.



https://sevenpillarsinstitute.org/mylans-epipen-pricing-scandal/

## EpiPen Price Increases

, Mylan N.V. acquired the right to market EpiPen as part of its acquisition of Merck KgaA. In 2009, Mylan began to steadily increase the price of EpiPen. In 2009, the wholesale price (the price which pharmacies paid) was $103.50 for a two-pack of autoinjectors. By July 2013 the price was up to $264.50, and it rose a further 75 percent to $461 by May of 2015. By May of 2016, the price rose again up to $608.61. Over a seven year period, the price of EpiPen had risen about 500% in total.



US EpiPen Price, 2009 to 2016

EXHIBIT "D"



# IRVINGTON EMERGENT CARE AND REHABILITATION CENTER

### DBA

☐ **IRVINGTON FAMILY PRACTICE**   ☐ **IRVINGTON SPORTS MEDICINE**

☐ **IRVINGTON FAMILY MEDICINE**

**Rudolph C. Willis, M.D.**
Director
Family Practice

**Marc D. Cadet, M.D.**
Family Practice

**Nelson Gramatica,**
R.N., M.S.N., APN-C

*Internal Medicine*

*Gynecology*

*Podiatrics*

*Geriatrics*

*Minor Surgery*

*Psychiatry*

*Pulmonary*

*Cardiology*

*Physical Therapy*

*Exercise Machines*

*Rehabilitation*

*X-Rays*

*VNG, Balance Testing*

*Holter*

*Stress Test*

*EMG*

*EKG*

*Echocardiogram*

*Blood Test*

*Colon Hydrotherapy*

*Weight Loss Program*

*Substance Abuse Treatment*
*(SUBOXONE)*

To whom it may concern,

Kindly accept this letter as a notification that I attended to Ms. Margaret Norton on October 21st of 2019 at Irvington Family Practice.

The reason for the visit was a routine checkup. The patient stated that she had a severe reaction and wanted to safeguard herself against an Anaphylactic Reaction. An EpiPen was prescribed for her to keep and carry.

Patient has mentioned that in August of 2016 she experienced a severe allergic reaction (wheezing and shortness of breath) after taking Geritol Liquid Iron Supplement.

Sincerely,

Dr. Rudolph Willis, MD